**UNITED STATES OF AMERICA,**
**Plaintiff—Appellee,**

v.

**Francisco CRUZ–DOMINGUEZ,**
**Defendant—Appellant.**

No. 02–50163.
D.C. No. CR–01–02962–TJW.

United States Court of Appeals,
Ninth Circuit.

Submitted March 5, 2003.*

Decided July 7, 2003.

Before PREGERSON, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM **

1. The government is not required to plead voluntary entry in an indictment charging a defendant with the crime of being "found in" the United States in violation of 8 U.S.C. § 1326. *See United States v. Parga–Rosas,* 238 F.3d 1209, 1213–14 (9th Cir.2001). Cruz–Dominguez's argument that *United States v. Buckland,* 289 F.3d 558 (9th Cir.2002) (en banc), implicitly overruled *Parga–Rosas* is without merit. The *Buckland* court's ruling was made in the context of the holding in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that "questions of fact that may increase a defendant's exposure to penalties" must be submitted to a jury. *Buckland,* 289 F.3d at 566. The fact of voluntary entry does not increase a defendant's "exposure to penalties" under § 1326.

2. The Fifth Amendment does not require that a district court judge specifically instruct grand jurors that they may refuse to indict even if they find that probable cause exists to support an indictment. *See United States v. Marcucci,* 299 F.3d 1156, 1159, 1164 (9th Cir.2002).

3. The statute authorizing imposition of supervised release, 18 U.S.C. § 3583, does not violate *Apprendi. See United States v. Liero,* 298 F.3d 1175, 1178 (9th Cir.2002). The imposition of supervised release is part of the possible sentence to be imposed following conviction for a crime, and therefore does not increase the penalty for a crime beyond that authorized by the jury's verdict. *See id.*

4. The district court found that Cruz–Dominguez had been convicted as an adult and thus merited an eight-level increase under U.S.S.G. § 2L1.2. The district court did not abuse its discretion in applying the Guidelines to the facts of this case. *United States v. Alexander,* 287 F.3d 811, 818 (9th Cir.2002).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.